UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JONATHAN ZUNIGA,<br><br>                      Plaintiff,<br>      v.<br><br>HARTMAN, *et al.*,<br><br>                     Defendants. | Case No. 3:24-CV-00003-MMD-CLB<br><br>ORDER |

**I.    DISCUSSION**

According to the Northern Nevada Correctional Center ("NNCC") law library, Plaintiff is no longer at the address (NNCC) listed with the Court. The Court notes that pursuant to Nevada Local Rule of Practice IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." Nev. Loc. R. IA 3-1. This Court grants Plaintiff until July 12, 2024, to file his updated address with this Court. If Plaintiff does not update the Court with his current address by July 12, 2024, this case will be subject to dismissal without prejudice. Because the Nevada Department of Corrections' inmate locator and the NNCC law library both suggest that Plaintiff is currently housed at the Lovelock Correctional Center ("LCC"), the Court will order the Clerk of the Court to send a one-time courtesy copy of this order as well as Docket Nos. 5 and 6 (the screening order and complaint) to Plaintiff via the LCC's law library.

**II.    CONCLUSION**

It is therefore ordered that Plaintiff shall file his updated address with the Court no later than July 12, 2024.

It is further ordered that, if Plaintiff fails to timely comply with this order, this case will be subject to dismissal without prejudice.

It is finally ordered that, in addition to his address on the docket, the Clerk of the Court send a one-time courtesy copy of this order to Plaintiff via the email address for prisoner filings at the Lovelock Correctional Center law library.

DATED THIS 17th day of June 2024.

_____
UNITED STATES MAGISTRATE JUDGE