UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JONATHAN ZUNIGA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>HARTMAN, *et al.*,<br><br>　　　　　　　　　　Defendants. | Case No. 3:24-CV-00003-MMD-CLB<br><br>ORDER |

On June 17, 2024, the Court ordered Plaintiff to update his address with the Court. Plaintiff filed notice of change off address (ECF No. 11) on June 28, 2024, notifying the Court that he was now housed at Lovelock Correctional Center.

It is ordered that the Clerk of the Court serve a courtesy copy of the screening order (ECF No. 5) and the complaint (ECF No. 6) via the email address for prisoner filings at the Lovelock Correctional Center law library.

It is further ordered that the deadline for Plaintiff to file an amended complaint is extended until July 26, 2024.

DATED THIS 1st day of July 2024.

_____
UNITED STATES MAGISTRATE JUDGE