UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JONATHAN ZUNIGA,

                    Plaintiff

    v.

HARTMAN, *et al.*,

                 Defendants

Case No.  3:24-cv-00003-MMD-CLB

ORDER

After Plaintiff failed to file an amended complaint following screening, the Court entered its Order (ECF No. 13) on August 2, 2024, allowing the remaining claims to proceed and staying the case for 90 days to allow for mediation. The Order was returned to the Court as undeliverable on August 5, 2024. (ECF No. 14). Plaintiff then filed his "Notice of Change of Address." (ECF No. 15).

It is therefore ordered that the Clerk of the Court serve ECF No. 13 on Plaintiff at his new address at the Northern Nevada Correctional Center.

DATED THIS 5th day of August 2024.

_____
Carla Baldwin
United States Magistrate Judge