UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JONATHAN ZUNIGA,<br><br>　　　　　　　　　　Plaintiff,<br>　v.<br>HARTMAN, *et al.*,<br><br>　　　　　　　　　　Defendants. | Case No. 3:24-CV-00003-MMD-CLB<br><br>ORDER |

### I.　　DISCUSSION

According to the Northern Nevada Correctional Center ("NNCC") law library, Plaintiff is no longer at the facility (NNCC) listed with the Court because he was discharged from custody. (ECF No. 18 at 1.) The Court notes that pursuant to Nevada Local Rule of Practice IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." Nev. Loc. R. IA 3-1. This Court grants Plaintiff until September 26, 2024, to file his updated address with this Court. If Plaintiff does not update the Court with his current address by September 26, 2024, this case will be subject to dismissal without prejudice.

### II.　　CONCLUSION

It is therefore ordered that Plaintiff shall file his updated address with the Court no later than September 26, 2024.

///

///

///

///

It is further ordered that, if Plaintiff fails to timely comply with this order, this case will be subject to dismissal without prejudice.

DATED THIS 27th day of August 2024.

_____
UNITED STATES MAGISTRATE JUDGE